UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 26658
  GERALD R BRESLEY SR
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-7965


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/19/04 and confirmed on 10/12/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  10830.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 6465.61 | .00 | 2234.03 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1552.61 | .00 | 536.49 |
| AMERICASH LOANS | UNSECURED | 297.43 | .00 | 102.77 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8361.75 | .00 | 2889.32 |
| FIRST MIDWEST BANK | UNSECURED | 6043.30 | .00 | 2088.19 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 545.00 | .00 | 188.31 |
| PAYDAY LOAN CO | UNSECURED | NOT FILED | .00 | .00 |
| RADIO SHACK | UNSECURED | NOT FILED | .00 | .00 |
| TITLE LOANS EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

              Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 23265.70 | .00 | 23265.70 |
| PRINCIPAL PAID | .00 | .00 | 8039.11 | .00 | 8039.11 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 8039.11 | .00 | 8039.11 |

The Debtor's attorney, PATRICK A MESZAROS                , was allowed $  2700.00
and was paid $   400.00  direct and $  2300.00  through the plan.

The Trustee received $    460.89 .

Refunds to the Debtor totaled $    30.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/14/07                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 04 B 26658 GERALD R BRESLEY SR